FILED
APR 15 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

CARLOS ALBERT DURAN,

    Petitioner,

v.

JOHN F. SALAZAR, Warden,

    Respondent.

Case No. CV 08-3091-SVW (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: April 13, 2011

_____
Stephen V. Wilson
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY